ACCEPTED
01-14-00685-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

No. _____

In the
Court of Criminal Appeals
At Austin

———————◆———————

No. 01-14-00685-CR

RECEIVED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 10:22:00 AM
CHRISTOPHER A. PRINE
Clerk

In the
Court of Appeals
for the
First District of Texas
at Houston

———————◆———————

No. 1408986
In the 262nd District Court
Harris County, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 01 2015

Abel Acosta, Clerk

———————◆———————

FILED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

KANAVIUS DORSEY
*Appellant*
V.
THE STATE OF TEXAS
*Appellee*

———————◆———————

APPELLANT'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE
PETITION FOR DISCRETIONARY REVIEW

———————◆———————

TO THE HONORABLE COURT OF APPEALS:

APPELLANT, pursuant to TEX. R. APP. P. 68.2(c) moves for an extension of time within which to file its petition for discretionary review. In support of its motion, appellant submits the following:

1. Appellant was charged with the felony offense of aggravated robbery.

2. A jury convicted appellant of the charged offense and, in accordance with an agreement with the State, the court sentenced appellant to 20 years confinement in the Institutional Division of the Texas Department of Criminal Justice on July 31, 2014.

3. A unanimous panel of the First Court of Appeals rendered judgment in an unpublished opinion on July 30, 2015, affirming appellant's conviction and sentence.

4. Appellant's petition for discretionary review is due August 31, 2015.

5. Appellant seeks an extension, in accordance with TEX. R. APP. P. 68.2(c), until October 1, 2015, to file its petition for discretionary review. This is appellant's first request for an extension.

5. The following reasons are provided as good cause for granting the extension:

   a. On August 2, 2015, counsel for appellant sent correspondence, certified/return receipt requested, informing appellant of the affirmation of his conviction and his right to file a pro se PDR (Appendix A).

   b. On August 28, 2015, appellant's counsel learned that the letter had been rejected and returned to counsel.

   c. Out of an abundance of caution, appellant is resending the letter from August 2, 2015, and wants to ensure that appellant has sufficient time to file a PDR should he choose to do so.

9. Appellant's petition is not for purposes of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that this Court will grant the requested extension until October 1, 2015.

Respectfully submitted,

/s/MANDY MILLER
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on the 30th day of August, 2015, a copy of the foregoing was delivered to the following persons through electronic mail:

Kimberly Aperauch Stelter
Harris County District Attorney
Stelter_Kimberly@dao.hctx.net

Lisa McMinn
State Prosecuting Attorney
lisa.mcminn@spa.state.tx.us

/s/MANDY MILLER

# APPENDIX A



2910 COMMERCIAL CTR. BLVD.
STE. 103-201 KATY, TX 77494

9171 9690 0935 0044 2603 44

CONFIDENTIAL
Legal Correspondence

**RETURN TO SENDER**

☐ UNDELIVERABLE AS A...
☐ ATTEMPTED NOT KNOWN
☐ INSUFFICIENT ADDRESS
☐ NO MAIL RECEPTACLE
☐ TEMPORARILY AWAY
☐ NO SUCH NUMBER
☐ NO SUCH STREET
☐ NO DISPUTE
☐ BOX CLOSED
☐ MLNA - UNABLE TO FOR...
☐ VACANT
X REFUSED
☐ ILLEG...
☐ UNC...

(1)22478)

NIXIE

77492006-1N          08/21/15

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

CONFIDENTIAL
Legal Correspondence

FIRST-CLA
807
ZIP 7
041128

# Mandy Miller
Mandy Miller Legal, PLLC
2910 Commercial Center Blvd., Suite 103-201
Katy, TX 77494
(832) 900-9884
mandy@mandymillerlegal.com

August 2, 2015

Mr. Kanavius Dorsey (TDCJ# 01922478)
c/o Gib Lewis Unit
777 FM 3497
Woodville, TX 75990

RE:    *Kanavius Dorsey v. The State of Texas,*
       Cause No. 01-14-00685-CR.

Mr. Dorsey,

The court of appeals has issued its opinion in your case affirming the judgment of the trial court. A copy is enclosed for your review. Based upon my review of the court's opinion and the current state of the law, I do not believe that petitioning the Court of Criminal Appeals, pursuant to Rule 68 of the Texas Rules of Appellate Procedure is warranted. If you disagree, you may file a pro se petition for discretionary review (PDR) with the Court of Criminal Appeals, pursuant to Rule 68, Texas Rules of Appellate Procedure.

A PDR is different from the brief I filed on your behalf. The goal with a PDR is to convince the Court of Criminal Appeals that the lower appellate court, not the trial court, was wrong in its opinion. You may not use the PDR to raise issues not brought out at trial or appeal.

You have 30 days from the order affirming your conviction to file the petition. You may also be entitled to one 30 day extension. I have enclosed an extension for your convenience.

If no petition is filed, once the time for filing of such has passed, the court of appeals will issue a mandate. The issuance of a mandate will make your conviction "final" and enable you to seek habeas relief. Both case law and the Code of Criminal

Procedure require that a conviction in a case where the death penalty was not assessed be "final" before a writ of habeas corpus can be heard. Should you chose to file a writ, and if you so request, the trial court may appoint an attorney other than myself to assist you in the writ proceeding. You will have to petition the court for the appointment of counsel.

Please do not hesitate to contact me should you have any questions or concerns.

Sincerely,

Mandy Miller

Enclosures